

FILED

APR - 6 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## District of ~~Kansas~~ W.va.

(Chief) Col. michael s. owl Feather-Gorbey
_____
Plaintiff/Petitioner

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT BY A PRISONER**
under §1915(g) Imminent danger

the United States
_____
Defendant/Respondent

**CASE NUMBER**    5:21-cv-00210

I, owl Feather-Gorbey, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees
or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that
I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes      ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   FCI Beckley
    Are you employed at the institution?   No
    Do you receive any payment from the institution?   No
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the
    past **six** months' transactions.   Attached.

2. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

    If "Yes," state the total amount.

If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:

(USA) Native Ancestral lands not Available For Sail, Trade, Debit, loan, lease, seizure or forfeiture.

4.    **Brief Statement of Facts**. Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5.    **Declaration and signature:**

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

(Signature) (Chief) Owl Feather - Gorbey          (Date) 4-3-21

Gorbey vs. United States

Page 1 of 1

<u>Continuance Page To support leave §1915(q)</u>

(1) FCI Beckley staff subjecting Gorbey To gang Rule & then Placing Gorbey in A Cell With An Active Guatamalan gang member subjecting Gorbey To gang Rule. Cell Arangments & Daily Routines under Threat of Physical Assault or Death Poses A Significant Threat To Gorbey Johnson vs. Werner 200 F.Appx 270.272 (4th cir. 2008)

(2) Denying Gorbey Indigent Postage & writing materials & Remedy Access Destroying Alternative means of Relief While Forcing Him To suffer serious Physical injuries From Denial of Proper medical Treatment & Threats of Physical Assault & Death. <u>Boddie</u> vs. <u>Connecticut</u> 401 U.S. 301 (1971)

(3) Denial of marijuana For glaucoma While Alternative meds & Treatment may Blind Gorbey or Cause other serious medical Conditions or malpractice of Contract Doctors Bradley vs. Puckett 157 F3d. 122 (5th cir. 1998) <u>Estoll</u> vs. <u>Gamble</u> 429 U.S. 97 (1976) <u>martin</u> vs. <u>shelton</u> 319 F3d. 1048. 1050 (8th cir. 2003) Allegations of ongoing serious Physical injury or of A Pattern of misconducts Evidencing the (likelihood of) serious Physical injury on Death. <u>Bosie</u> vs. <u>Garrett</u> 408. Fed. Appx. 262 (2010) (citing) <u>Napier</u> vs. <u>Preslicka</u> 314 F3d. 528 531-32 (11th cir. 2002) Prison staff Duty To keep inmate safe.

Therefore, I Gorbey Qualify For & seek leave To Proceed IFP under §1915(q) imminent Danger Exception

(chief) Col. michael S. Owl Feather-Gorbey
monacan Nation
DC DOC 317611 Fed. 33405-013
FCI Beckley
Po Box 350, 1600 industrial Park Road
Beaver, W.Va. 25813.

(Chief) Col. Michael D. Dowfeather Barley vs. the United States et.al.

C.A. No. ~~21-210~~

## CERTIFICATION OF PRISON ACCOUNT STATEMENT

**NOTICE TO PRISONER:**   You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application.   28 U.S.C. §1915(a)(2).   If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution.    The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

**NOTICE TO PRISON OFFICIALS:**   **Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis.   28 U.S.C. § 1915(b)(2). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.**

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_James Morris_
Authorized Officer of Institution

(Rev. 5/00).

# Inmate Statement

 PRINT

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 33405013 | | **Current Institution:** | Beckley FCI |
| **Inmate Name:** | GORBEY, MICHAEL | | **Housing Unit:** | BEC-A-B |
| **Report Date:** | 03/03/2021 | | **Living Quarters:** | A03-314U |
| **Report Time:** | 5:24:27 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BEC | 3/3/2021 3:23:32 PM | TL0303 | | | TRUL Withdrawal | ($2.00) | | $2.51 |
| BEC | 2/24/2021 9:14:56 AM | 53 | | | Sales | ($22.20) | | $4.51 |
| BEC | 2/24/2021 7:19:11 AM | TL0224 | | | TRUL Withdrawal | $2.00 | | $26.71 |
| BEC | 2/8/2021 9:23:18 AM | 67 | | | Sales | ($72.40) | | $24.71 |
| BEC | 2/3/2021 9:02:28 AM | 64 | | | Sales | ($80.45) | | $97.11 |
| BEC | 2/2/2021 11:36:49 AM | TL0202 | | | TRUL Withdrawal | ($15.00) | | $177.56 |
| BEC | 2/1/2021 12:10:47 AM | UCUMD004 - 107 | | | Debt Encumbrance - Released | | $120.00 | -------- |
| BEC | 2/1/2021 12:10:47 AM | UCUMD010 - 108 | | | Debt Encumbrance - Released | | $120.00 | -------- |
| BEC | 2/1/2021 12:10:47 AM | UCUMD012 - 109 | | | Debt Encumbrance - Released | | $120.00 | -------- |
| BEC | 2/1/2021 12:10:47 AM | UCUMD010 | 1105 | | PLRA Payment | ($120.00) | | $312.56 |
| BEC | 2/1/2021 12:10:47 AM | UCUMD012 | 1104 | | PLRA Payment | ($120.00) | | $432.56 |
| BEC | 2/1/2021 12:10:47 AM | UCUMD004 | 1106 | | PLRA Payment | ($120.00) | | $192.56 |
| BEC | 1/29/2021 12:10:30 AM | WLEWD006 - 115 | | | Debt Encumbrance - Released | | $12.60 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD037 - 112 | | | Debt Encumbrance - Released | | $10.50 | -------- |
| BEC | 1/29/2021 12:10:30 AM | WLEWD005 - 114 | | | Debt Encumbrance - Released | | $9.90 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD027 - 110 | | | Debt Encumbrance - Released | | $6.04 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD035 - 111 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| BEC | 1/29/2021 12:10:30 AM | WLEWD003 - 113 | | | Debt Encumbrance - Released | | $2.40 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD027 - 88 | | | Debt Encumbrance - Released | | $0.11 | -------- |
| BEC | 1/29/2021 12:10:30 AM | WLEWD003 | | | Photo Copies | ($2.40) | | $575.06 |
| BEC | 1/29/2021 12:10:30 AM | VLEWD035 | | | Photo Copies | ($6.00) | | $587.96 |
| BEC | 1/29/2021 12:10:30 AM | VLEWD027 | | | Photo Copies | ($6.15) | | $593.96 |
| BEC | 1/29/2021 12:10:30 AM | WLEWD005 | | | Photo Copies | ($9.90) | | $565.16 |
| BEC | 1/29/2021 12:10:30 AM | VLEWD037 | | | Photo Copies | ($10.50) | | $577.46 |
| BEC | 1/29/2021 12:10:30 AM | WLEWD006 | | | Photo Copies | ($12.60) | | $552.56 |
| BEC | 1/28/2021 5:10:06 AM | 70126301 | | | Lockbox - CD | $600.00 | | $600.11 |
| BEC | 1/28/2021 5:10:06 AM | WLEWD003 - 113 | | | Debt Encumbrance | | ($2.40) | -------- |
| BEC | 1/28/2021 5:10:06 AM | VLEWD035 - 111 | | | Debt Encumbrance | | ($6.00) | -------- |
| BEC | 1/28/2021 5:10:06 AM | VLEWD027 - 110 | | | Debt Encumbrance | | ($6.04) | -------- |
| BEC | 1/28/2021 5:10:06 AM | WLEWD005 - 114 | | | Debt Encumbrance | | ($9.90) | -------- |
| BEC | 1/28/2021 5:10:06 AM | VLEWD037 - 112 | | | Debt Encumbrance | | ($10.50) | -------- |
| BEC | | | | | Debt Encumbrance | | ($12.60) | -------- |

Case 5:21-cv-00210   Document 1   Filed 04/06/21   Page 6 of 6 PageID #: 6

| | 1/28/2021 5:10:06 AM | WLEWD006 - 115 | | | | |
|---|---|---|---|---|---|---|
| BEC | 1/28/2021 5:10:06 AM | UCUMD004 - 107 | Debt Encumbrance | | ($120.00) | ------- |
| BEC | 1/28/2021 5:10:06 AM | UCUMD010 - 108 | Debt Encumbrance | | ($120.00) | ------- |
| BEC | 1/28/2021 5:10:06 AM | UCUMD012 - 109 | Debt Encumbrance | | ($120.00) | ------- |
| BEC | 1/14/2021 4:13:50 AM | TX011421 | Transfer - In from TRUFACS | $0.11 | | $0.11 |
| BEC | 1/14/2021 4:13:50 AM | VLEWD027 - 88 | Debt Encumbrance | | ($0.11) | ------- |

**Total Transactions: 37**

Totals:     $2.51     $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BEC | $2.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.51 |
| **Totals:** | **$2.51** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2.51** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $600.00 | $597.60 | $19.65 | $552.56 | $37.59 | N/A | N/A |

I owl Feather-Gorbey declare that I Have Not Had any other deposits To my Account. & that I presently only Have $0.01 Available Funds.
28 USC §1746 & 18 USC §1621

(Chief) Col. Michael S. owl Feather-Gorbey
Monacan Nation

D.C. DOC 317671     Fed. 33405-013

FCI Beckley

PO Box 350
1600 industrial Park Road
Beaver. W.Va. 25813